UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
NANCY MAESHIRO, *individually and on behalf of all*  :
*others similarly situated*, :
:
                               Plaintiff,        :       22 Civ. 8165 (JPC)
:
      -v-        :           ORDER
:
YATSEN HOLDING LIMITED, *et al.*, :
:
                              Defendants. :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The briefing schedule for the motions for appointment of lead plaintiff and approval of lead counsel, Dkts. 17, 20, 22, 24, 30, and 32, is as follows:  oppositions, if any, are due December 15, 2022; replies, if any, are due December 22, 2022.

    SO ORDERED.

Dated: December 1, 2022
      New York, New York

                                                     JOHN P. CRONAN
                                          United States District Judge