UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY MAESHIRO, et al., | |
|          Plaintiffs, | 22-CV-8165 (JPC) (BCM) |
| -against- | **ORDER** |
| YATSEN HOLDING LIMITED, et al., | |
|          Defendants. | |

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of attorney David A. Rosenfeld's application for leave to withdraw as attorney for former movant Kai Jun Xu, along with a proposed order. (Dkts. 54, 55.) Local Civ. R. 1.4, which governs attorney withdrawal applications, requires, in relevant part, that "[a]ll applications must be served upon the client[.]" Because attorney Rosenfeld's application does not indicate whether it was served on the client, it is hereby ORDERED that, no later than **August 7, 2023**, counsel shall either (a) file a stipulation reflecting Xu's consent to the withdrawal, or (b) serve the withdrawal application on Xu, together with a copy of this Order, and file proof of such service on the docket, in which case Xu may have one week from such service to object to the application.

Dated: New York, New York
       August 1, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**