UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :

IN RE YATSEN HOLDING LIMITED     :   22-cv-8165 (DEH) (BCM)
SECURITIES LITIGATION                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF DEFENDANTS' MOTION
## TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the Amended Class Action Complaint (ECF No. 62); the accompanying Memorandum of Law, dated December 4, 2023; the accompanying Declaration of Robert A. Fumerton, dated December 4, 2023, and exhibits thereto; and upon all prior pleadings and proceedings herein, Defendants Yatsen Holding Limited, Goldman Sachs (Asia) L.L.C., Morgan Stanley & Co. LLC, China Renaissance Securities (Hong Kong) Limited, Futu Inc., Cogency Global Inc., and Colleen A. DeVries will move this Court, before the Honorable Dale E. Ho, at the United States District Courthouse, 40 Foley Square, New York, New York 10007, on a date and at a time designed by the Court, pursuant to Rules 8(a) and 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing the Amended Class Action Complaint in its entirety with prejudice and granting such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Joint Proposed Schedule endorsed by the Court on August 7, 2023 (ECF No. 59), any response to this Motion is due by February 2, 2024, and any reply by March 4, 2024. No oral argument has been scheduled.

Dated: New York, New York
   December 4, 2023

                Respectfully submitted,

                */s/ Robert A. Fumerton*
                SKADDEN, ARPS, SLATE,
                  MEAGHER & FLOM LLP
                Scott D. Musoff
                Robert A. Fumerton
                Michael C. Griffin
                One Manhattan West
                New York, New York 10001
                Phone:  (212) 735-3000
                Fax:    (212) 735-2000
                scott.musoff@skadden.com
                robert.fumerton@skadden.com
                michael.griffin@skadden.com

                *Counsel for Defendants Yatsen Holding Limited, Cogency Global Inc. and Colleen A. DeVries*

                */s/ Brian S. Weinstein\**
                DAVIS POLK & WARDWELL LLP
                Brian S. Weinstein
                Daniel J. Schwartz
                Zainab R. Qureshi
                450 Lexington Ave
                New York, New York 10017
                Phone:  (212) 450-4000
                Fax:    (212) 701-5800
                brian.weinstein@davispolk.com
                daniel.schwartz@davispolk.com
                zainab.qureshi@davispolk.com

                *Counsel for Underwriter Defendants Goldman Sachs (Asia) L.L.C., Morgan Stanley & Co. LLC, China Renaissance Securities (Hong Kong) Limited and Futu Inc.*

\* Signatures used with permission pursuant to S.D.N.Y. ECF Rule 8.5.