UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                        :

IN RE YATSEN HOLDING LIMITED     :    22-cv-8165 (DEH) (BCM)
SECURITIES LITIGATION              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF ROBERT A. FUMERTON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

I, Robert A. Fumerton, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), counsel for Defendant Yatsen Holding Limited ("Yatsen"), Cogency Global Inc. and Colleen A. DeVries.

2.      I respectfully submit this declaration in support of Defendants' Motions to Dismiss the Amended Complaint, filed concurrently herewith, on behalf of Yatsen Holding Limited, Goldman Sachs (Asia) L.L.C., Morgan Stanley & Co. LLC, China Renaissance Securities (Hong Kong) Limited, Futu Inc., Cogency Global Inc., and Colleen A. DeVries, and to transmit true and correct copies of the following documents:

Exhibit A....................Amended Class Action Complaint (ECF No. 62)

Exhibit B....................Yatsen Prospectus, filed on Form 424B4 (Nov. 18, 2020)

Exhibit C....................Historical Share Prices of Certain Chinese Companies

Exhibit D....................Yatsen Historical Share Prices (Nov. 19, 2020 to Nov. 24, 2023)

Exhibit E....................Yatsen Fourth Quarter 2020 and Fiscal Year 2020 Unaudited
                             Financial Results (Mar. 11, 2021)

Exhibit F....................Yatsen Earnings Call Transcript (Mar. 11, 2021)

Exhibit G....................Yatsen First Quarter 2021 Unaudited Financial Results (May 19, 2021)

Exhibit H....................Yatsen Earnings Call Transcript (May 19, 2021)

Exhibit I.....................Yatsen Second Quarter 2021 Unaudited Financial Results (Aug. 26, 2021)

Exhibit J.....................Yatsen Earnings Call Transcript (Aug. 26, 2021)

Exhibit K....................Yatsen Third Quarter 2021 Unaudited Financial Results (Nov. 18, 2021)

Exhibit L....................Yatsen Earnings Call Transcript (Nov. 18, 2021)

Exhibit M....................Yatsen Fourth Quarter 2021 and Fiscal Year 2021 Unaudited Financial Results (Mar. 10, 2022)

Exhibit N....................Yatsen Earnings Call Transcript (Mar. 10, 2022)

Exhibit O....................*Daxue Consulting* Article, "Perfect Diary: A Once-Thriving Cosmetics Brand's Decline and Lessons Learned" (Mar. 24, 2023)

Exhibit P....................Yatsen Fiscal Year 2020 Annual Report filed on Form 20-F (Apr. 21, 2021)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 4, 2023, in New York, New York.

*/s/ Robert A. Fumerton*
Robert A. Fumerton

2