# Exhibit C

**RLX**
**(Since Jan. 2021 listing)**



**NIO**
**(Since Sept. 2018)**



**Bilibili**
**(Since March 2018)**



3

**MINISO**



**iQiyi**



**Alibaba (Tmall)**



**Tencent (WeChat)**



**JD.Com**



**VIPShop**



9