**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

IN RE: YATSEN HOLDING LIMITED
SECURITIES LITIGATION

                                              22 **CIVIL** 8165 (DEH)

# JUDGMENT

-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 11, 2025, Plaintiffs' Motion to Amend is **DENIED**, and this case is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
         July 11, 2025

                                                     **TAMMI M. HELLWIG**
                                                     **Clerk of Court**
                      **BY:**
                                                   *K. Mango*
                                                   **Deputy Clerk**