

**Davis Polk**

Brian S. Weinstein
+1 212 450 4972
brian.weinstein@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

July 17, 2025

Re: *In re Yatsen Holding Limited Securities Litigation*, 1:22-cv-08165 (DEH)

The Honorable Dale E. Ho
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 905
New York, New York 10007

Dear Judge Ho:

We represent Defendants Goldman Sachs (Asia) L.L.C., Morgan Stanley & Co. LLC, China Renaissance Securities (Hong Kong) Limited, and Futu Inc. (the "Underwriter Defendants") in the above-captioned action.  We respectfully join in the letter filed on July 14, 2025 by Defendants Yatsen Holding Limited, Cogency Global Inc., and Colleen A. DeVries (ECF No. 85) (the "Yatsen Letter") requesting that the Court modify its Opinion and Order, dated July 11, 2025 (ECF No. 83) (the "Order"), to dismiss this action with prejudice.

For the reasons set forth in the Yatsen Letter, the Underwriter Defendants agree that this action should be dismissed with prejudice and request that any modification of the Order to dismiss this action with prejudice apply equally to the sole claim asserted against the Underwriter Defendants under Section 11 of the Securities Act of 1933.

Respectfully submitted,

/s/ Brian S. Weinstein

Brian S. Weinstein

The Court is in receipt of the endorsed letter as well as the letter filed by Defendants Yatsen Holding Limited, Cognecy Global Inc., and Colleen A. DeVries, ECF No. 85.  Plaintiff shall file a letter not to exceed one page by **July 25, 2025**. SO ORDERED.

Dated: July 17, 2025
New York, New York

Dale E. Ho
United States District Judge

**Electronic Filing**