**MEMO ENDORSED**



**JACOB + LIEBERMAN**

**+ VIA ECF +**

The Court is in receipt of the endorsed letter.  On the agreement of the parties, it is hereby ORDERED that this case be dismissed WITH PREJUDICE.  SO ORDERED.

Dated: July 31, 2025
New York, New York

Dale E. Ho
United States District Judge

July 25, 2025

The Honorable Dale E. Ho
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 905
New York, New York 10007

Re:    *In re Yatsen Holding Limited Securities Litigation*, 1:22-cv-08165 (DEH)

Dear Judge Ho:

We write on behalf of Plaintiffs in the above-referenced action and in response to the Court's July 18, 2025, Order (Dkt. No. 87).  In light of the Court's July 11, 2025, Opinion and Order denying Plaintiffs' leave to file an amended complaint (Dkt. No. 83), Plaintiffs do not object to Defendants' requests (Dkt Nos. 85 & 86) for dismissal of this action with prejudice.  Plaintiffs do, however, reserve all appellate rights.

Respectfully submitted,
SCOTT+SCOTT ATTORNEYS AT LAW LLP

Jacob Lieberman